

# Case Assignment
# Standard Civil Assignment

Case number **3:23CV-593-RGJ**

Assigned : Judge Rebecca Grady Jennings
Judge Code : A961

Assigned on 11/15/2023 2:57:54 PM
Transaction ID: 83010

[ Request New Judge ]    [ Return ]

3:23-CV-593-RGJ                          DN 684
Complaint                                Summons Tendered

Filing fee $402; receipt number AKYWDC-3922587