EXHIBIT A - CHOICE OF LAW CLAUSE

# CREDIT INNOVATION GROUP RETAINER AGREEMENT

Credit Innovation Group (CIG)
1245 East Brickyard, Suite 400
Salt Lake City, Utah 84106

Customer Name: David Parrott
        Address: 12703 Lagrange Rd, Louisville, KY, 40245
          Email: thebirds81@yahoo.com
           DOB: 1981-07-05
           SSN: 404199900

**Membership Fee Payment and Terms:**

- **The CIG Membership fee is $19.99 per month for as long as you choose to remain a member.**
- This will provide access to Score Watcher, CIG Rewards, and Cashflow Accelerator inside your Creditinnovationgroup.com portal or on our Credit Innovation Group Phone App (Apple and Android users).

**Platinum Services Payment and Terms:**

- **CIG Platinum Services set up fee is $179 then 5 additional monthly payments of $129. You will become a Certified Platinum Member after making all 6 payments.**
- As a Certified Platinum member, you will receive all platinum services at no extra cost for as long as you maintain your active monthly CIG Membership.
- This fee covers, but is not limited to: A case manager setting up a username and password in our tracking and reporting system, inputting client data into our customer management system and reporting software, creating a customer profile, quality assurance, and generating the first round of disputes that will be submitted to the credit bureaus. This work is completed before you are charged on the day that you chose for your billing date. Thereafter you will be charged monthly on your billing date. If for some reason we fail to complete any part of this process, we will notify you and you will not be charged.
- Payment is due after the monthly work is completed.
- Credit Innovation Group (the Company) will use federal and State law to work to improve your credit by challenging credit items that you believe to be inaccurate or unverifiable. We will generate disputes with the credit bureaus for you. **We cannot guarantee a specific outcome or accurately predict how long the process will take.** You may cancel this agreement at any time.

**At the same time, you agree to:**

1. Use the Company and our online service to review negative items you believe may be inaccurate or unverifiable and provide an electronic signature giving the Company limited power of attorney to perform work in your name and on your behalf.
2. Pay the CIG Membership fee and CIG Platinum Services fee as outlined above.

Signed Date: 02/22/2023 12:16:46 AM (UTC)
Signed at IP address: 74.134.230.48
Signed on Device Technology: Mozilla/5.0 (Linux; Android 11; 5087Z) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/92.0.4515.131 Mobile Safari/537.36

3. Mail or email your credit reports upon receipt of them, forward to us copies of all correspondence from the credit bureaus, and promptly inform us of any change of your address.
4. You acknowledge that you sought out the Company in the State of Utah to perform these services.
5. In the event of a disagreement with the Company, you agree to participate in binding arbitration and not to participate in any class action.
6. You authorize us to discuss your case with your spouse.
7. Disputes created on your behalf by the Company are proprietary and will be kept as part of your client file.
8. This agreement, including its links and definitions, constitutes the entire agreement between you and the Company and may only be modified in writing.
9. If any part of this agreement is determined to be invalid or unenforceable, the remaining parts shall not be affected. Failure to complete these activities will void the warranty. Our registered agent for service of process is Dan Thompson located at 1245 East Brickyard, Suite 400, Salt Lake City, Utah 84106.

## LEGALLY REQUIRED DISCLOSURE STATEMENT

- I hereby agree to the above-noted payments on the dates which I indicated.
- I hereby agree that the Company may charge these amounts in the manner in which I have specified.
- I hereby acknowledge that I have read the disclosure statement:
- You, the buyer, may cancel this contract at any time prior to midnight of the fifth day after the date of the transaction. See the attached notice of cancellation form for an explanation of this right.
- I hereby acknowledge that I have received a copy of this Retainer and that I have read and understood its contents. I agree to comply fully with all of its contents.

## ELECTRONIC SIGNATURE, POWER OF ATTORNEY

- In order to work on your credit, the Company needs your written permission to send disputes to the credit bureaus in your name. By granting the Company a limited power of attorney you give the Company permission to write letters on your behalf. Your electronic signature provides the Company with a Limited Power of Attorney and authorizes the Company to represent you under the Fair Credit Reporting Act and other laws. You may cancel your electronic authorization by sending the Company an email notifying us that you retract your electronic authorization. Since we are not able to represent you without this electronic authorization, cancelling it will also close your case.

## EXPLANATION OF TERMS USED IN RETAINER AGREEMENT, ABOVE

- **Dispute or Challenge Items -** The Company disputes the inaccurate items that you indicate by drafting dispute letters or sending electronic disputes on your behalf to the credit bureaus. The credit bureaus are legally obligated to investigate the items that are disputed. If the credit bureaus are unable to verify the items listed they are required by law to remove the items from your report. As you forward any correspondence from the credit bureaus the Company tracks the timely dispute of your credit reports and will keep your case on track.
- **Inaccurate or Unverifiable -** The Fair Credit Reporting Act requires that any listing that is found to be inaccurate or unverifiable must be removed from your credit report. Very often, the creditor who reported the listing is not able to verify the accuracy of the listing. In these cases, the law requires that the listing be removed. The Company maintains an excellent

Signed Date: 02/22/2023 12:16:40 AM (UTC)
Signed at IP address: 74.134.230.48
Signed on Device Technology: Mozilla/5.0 (Linux; Android 11; 5087Z) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/92.0.4515.131 Mobile Safari/537.36

success rate disputing inaccurate items. In order for the Company to proceed with your case, you must indicate which items you believe should be disputed.

- **Results Not Guaranteed -** As with any service, the Company cannot guarantee results.
- **Pay -** In accordance with federal regulation, the Company charges for services that have already been performed. The Company will not charge you before we have completed the promised work on your behalf.
- **Mail -** The most important correspondence you will receive from the credit bureaus will be the updated information provided by the credit bureaus. Typically, when we file a dispute for you with the credit bureaus, you may receive a new credit report within roughly 45 days. This report will be sent to your home address and will contain the results of the dispute round. You will be the first to see any deletions or improvements after items are disputed. Every so often, the credit bureaus will fail to conduct a dispute or will fail to send a credit report at the completion of an investigation. To prevent the slowdown of your case, you must make sure that a credit report from each one of the credit bureaus arrives at your home at least every ninety days. If it has been longer than ninety days since your last credit report arrived, please call us for assistance.
- **Forward -** You will receive a variety of correspondence from the credit bureaus while we are disputing items. It is important that you send each piece promptly to the Company so that your case stays on track. Not forwarding credit bureau correspondence to the Company can create problems and slow the dispute process. Mailing or emailing credit bureau correspondence is generally the best way to submit clear copies to the Company. We appreciate your extra effort in mailing or emailing credit reports.
- **Choice of Law -** This agreement, and all actions and obligations performed thereunder, are deemed to have been executed and performed exclusively in the State of Utah for all purposes--regardless of where you may reside. This agreement shall be governed by Utah law without regard to conflict of law provisions. Any legal actions shall be initiated only in Salt Lake County, Utah. You and the Company agree to submit to the personal and exclusive jurisdiction of courts located within Salt Lake County, Utah. If a court of competent jurisdiction finds any portion of this Agreement invalid or unenforceable the remaining provisions and portions hereof shall not be affected.
- **Binding Arbitration -** Any dispute arising between you and the Company shall be resolved in Salt Lake City, Utah, by binding arbitration pursuant to the Commercial Rules of the American Arbitration Association. You agree to abide by such rules pertaining to the selection of arbitrators and that the arbitrators have no authority to change this agreement. You agree that any decision rendered in arbitration shall be filed and adopted by any court having proper jurisdiction.
- **Discuss your case -** You give the Company permission to discuss your case with your spouse. This allows us to better serve you by speaking with your spouse about your case or receiving updated information from your spouse. You may revoke permission at any time by notifying us in writing or by email. We will not discuss your case with anyone else unless you provide express permission to do so in writing. Also by becoming a client of the Company you expressly acknowledge and agree to waive any potential conflict of interest that may arise between you and your spouse.

Signed Date: 02/22/2023 12:16:46 AM (UTC)
Signed at IP address: 74.134.230.48
Signed on Device Technology: Mozilla/5.0 (Linux; Android 11; 5087Z) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/92.0.4515.131 Mobile Safari/537.36

*[signature: David Parr]*

Signed Date: 02/22/2023 12:16:46 AM (UTC)
Signed at IP address: 74.134.230.48
Signed on Device Technology: Mozilla/5.0 (Linux; Android 11; 5087Z) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/92.0.4515.131 Mobile Safari/537.36