## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

| | |
|---|---|
| DAVID W. PARROTT, | **Case No.** 3:23-CV-593-RGJ |
| Plaintiff, | |
| v. | |
| GEMINI DIRECT, LLC d/b/a CREDIT INNOVATION GROUP, | |
| Defendant. | |

## ORDER

This Court having considered the Defendant, Gemini Direct, LLC d/b/a Credit Innovation Group's ("Gemini") Motion to Transfer Venue and the response thereto, and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED THAT the above captioned dispute be transferred to the United States District Court of Utah.

_____
JUDGE REBECCA G. JENNINGS

_____
Date

## **CLERK'S DISTRIBUTION**

Chad W. Eisenback
Sulaiman Law Group, Ltd.
2500 South Highland Avenue, Suite 200
Lombard, IL 60148
Phone: (312) 313-1613
Facsimile: (630) 575-8188
*Counsel for Plaintiff*

Jan West, Esq.
Thomas C. Walsh, Esq.
Goldberg Simpson, LLC
Norton Commons
9301 Dayflower Street
Prospect, Kentucky 40059
jwest@goldbergsimpson.com
twalsh@goldbergsimpson.com
*Counsel for Defendant*
*Gemini Direct, LLC*