UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

DAVID W. PARROTT                                                                          Plaintiff

v.                                                                   Civil Action No. 3:23-CV-593-RGJ

GEMINI DIRECT, LLC                                                                     Defendant

\* \* \* \* \*

## ORDER FOR MEETING AND REPORT

Pursuant to Federal Rules of Civil Procedure 16 and 26, it is hereby **ORDERED** as follows:

1) The Court will conduct a telephonic Rule 16 case-management conference on **March 20, 2024 at 10:30 a.m.** before the Honorable Regina S. Edwards, United States Magistrate Judge. To participate in the conference, counsel shall use the following dial in information: 1-888-808-6929, Access Code 2887606. Counsel who have full authority to enter stipulations, make admissions, and bind the parties with respect to dates agreed upon or ordered shall participate in the conference. Any request for a change of the conference date shall be made to Judge's case manager by email at ashley_henry@kywd.uscourts.gov .

2) Any party required to file a disclosure statement pursuant to Federal Rule of Civil Procedure 7.1 that has not already done so shall file a Rule 7.1 disclosure statement at the time of the parties' joint status report.

3) The agenda for the Rule 16 case-management conference shall include, but is not limited to, the following:

a) The topics set forth in Rule 16(c);

b) Formulating and simplifying the issues;

c)   Admissions and stipulations of facts;

d)   The need for experts;

e)   Discovery relating to electronically stored information;

f)   Preservation of discoverable information, including electronically stored information, and whether the parties agree upon what will be preserved;

g)   The proportional needs of the case in regard to discovery;

h)   Entry of a Federal Rules of Evidence 502(d) non-waiver order to preclude the assertion of waiver of a claim or privilege based upon production in the litigation.

4)   The parties shall meet within **twenty-one (21) days** from the date of service of this Order, pursuant to Rule 26(f), either in person or by telephone, to discuss the nature and basis of their claims and defenses and the possibilities for a prompt settlement or resolution of the case, to make or arrange for the disclosures required by Rule 26(a)(1), and to develop a proposed discovery plan in order to file a joint status report as set forth in more detail below.

5)   The parties shall file, within **ten (10) days** after the Rule 26(f) conference of parties, a joint status report outlining the proposed discovery plan and informing the Court whether prompt settlement of the case is possible. The joint status report shall advise the Court as to the following:

a)   the names of the attorneys participating in the Rule 26(f) conference and date of the conference;

b)   a brief description of the facts and issues in the case;

c)   the Discovery Plan stating the parties' views and proposals on each of the items set forth in Rule 26(f)(3), including, if applicable, the discovery of

electronically stored information, and the form in which electronically stored information will be produced (*i.e.*, native format, PDF, paper, *etc.*), whether to, at least initially, limit discovery of electronically stored information to particular sources or custodians, and whether to limit computer searches to agreed search terms or methods;

d) the date the parties' will complete the initial disclosures required by Rule 26(a)(1);

e) a proposed discovery plan that includes:

    i. a description of the subjects that require discovery;

    ii. dates for commencing and completing discovery, including discovery to be commenced or completed before other discovery;

    iii. any perceived issues regarding maximum number of interrogatories by each party to another party, requests for admission, and/or depositions;

    iv. dates for exchanging any reports of expert witnesses;

    v. dates for supplementations under Rule 26(e);

    vi. dates for the plaintiff to amend pleadings or to join parties;

f) dates for the defendant to amend pleadings or to join parties;

g) dates to file dispositive motions;

h) the parties' estimate of the time necessary to file pretrial motions including Rule 26(a)(3) witness lists, designations of witnesses whose testimony will be presented by deposition, and exhibit lists;

i) final dates to file objections under Rule 26(a)(3);

j) the parties' belief as to whether the matter is suitable for some form of alternative dispute resolution such as mediation;

k) the parties' estimate as to the probable length of trial;

l) the parties' decision as to whether the matter may be referred to a United States Magistrate Judge for all purposes including entry of judgment pursuant to 28 U.S.C. §636(c); and

m) the dates mutually convenient for trial.

Date: February 16, 2024

**ENTERED BY ORDER OF THE COURT**
**REGINA S. EDWARDS**
**UNITED STATES MAGISTRATE JUDGE**
**JAMES J. VILT, CLERK**
**By:  *Ashley Henry,* Deputy Clerk**

Copies to:    Counsel of Record