# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| DAVID W. PARROT, | Case No. 3:23-CV-593-RGJ |
| Plaintiff, | |
| v. | |
| GEMINI DIRECT, LLC d/b/a CREDIT INNOVATION GROUP, | |
| Defendant. | |

## AGREED ORDER OF DISMISSAL WITHOUT PREJUDICE

Pursuant to the provisions of Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff, David W. Parrot, and Defendant, Gemini Direct, LLC d/b/a Credit Innovation Group, (together the "Parties"), by counsel, state that the parties have reached a settlement agreement and will file an agreed order of dismissal with prejudice within 45 days to allow the parties sufficient time to effectuate the settlement.

**IT IS SO ORDERED**.

DATE: _____
March 4, 2024

Rebecca Grady Jennings, District Judge
United States District Court

Respectfully Submitted,

/s/ Chad W. Eisenback
Chad W. Eisenback
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
Phone: (312) 313-1613
Fax: (630) 575-8188
ceisenback@sulaimanlaw.com
*Counsel for Plaintiff,*
*David W. Parrott*

AND

/s/ Jan West, Esq.
Jan West, Esq.
Goldberg Simpson, LLC
Norton Commons
9301 Dayflower Street
Prospect, Kentucky 40059
jwest@goldbergsimpson.com
*Counsel for Defendant,*
*Gemini Direct, LLC*