## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

DAVID W. PARROTT,

      Plaintiff,

v.

GEMINI DIRECT, LLC,

      Defendant.

Case No. 3:23-cv-00593-RGJ-RSE

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, DAVID W. PARROTT, and the Defendant, GEMINI DIRECT, LLC, through their respective counsels, that the above-captioned action is dismissed, with prejudice, against, GEMINI DIRECT, LLC pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: April 18, 2024

Respectfully Submitted,

**DAVID W. PARROTT**

**GEMINI DIRECT, LLC**

*/s/ Chad W. Eisenback*
Chad W. Eisenback
Sulaiman Law Group, Ltd.
2500 South Highland Ave., Suite 200
Lombard, Illinois 60148
Phone: (312) 313-1613
Facsimile: (630) 575-8188
ceisenback@sulaimanlaw.com
*Attorney for Plaintiff*

*/s/ Jan West*
Jan West
Goldberg Simpson, LLC
Norton Commons
9301 Dayflower Street
Prospect, Kentucky 40059
jwest@goldbergsimpson.com
*Attorney for Defendant*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

<u>/s/ Chad W. Eisenback</u>
Chad W. Eisenback

April 22, 2024

Rebecca Grady Jennings, District Judge
United States District Court